UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PALACE DESIGNS, LLC<br>Plaintiff | : | [redacted] 05 376 S |
| vs. | : | C.A. NO. |
| MCD TRANSPORTATION, INC<br>Defendant | : | |

COMPLAINT

INTRODUCTION

This is an action property damages suffered by the P laintiff for Defendant's failure to deliver ceramic tiles purchased by the Plaintiff.

PARTIES AND JURISDICTION

1. Palace Designs, LLC is a business entity organized under the laws of the State of Rhode Island and has its principal place of business in the Town of Narragansett, County of Washington, State of Rhode Island.

2. Defendant MCD Corporation, Inc. (hereinafter "MCD") is a business entity organized and licensed under the laws of the State of Tennessee and has its principal place of business in the City of Smyrna, County of Rutherford, State of Tennessee.

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. Section 1332. This Court has personal jurisdiction over Defendant MCD as this Defendant is a transportation company which has made deliveries to the State of Rhode Island.

COUNT I

4. Plaintiff hereby incorporates paragraphs I through 3 as if fully stated herein.

5. On or about, September 3, 2002, a truck owned by the Defendant and operated by its agent(s) was operating on a highway, in the State of Massachusetts.

6. The truck owned by the Defendant and operated by its agent(s) was transporting a shipment of ceramic tiles purchased by the Plaintiff from Boston,

Massachusetts to the State of Rhode Island.

7. It was then and there the duty of the Defendant and its agent(s) to operate said truck in a safe and prudent manner. It was also the duty of the Defendant to properly secure the load it carried.

8. The Defendant and its agent(s) breached said duty of due care when they allowed the afore-mentioned truck to roll over.

9. As a direct and proximate result of the failure of the Defendant and its agent to exercise reasonable care to maintain control of the truck and to operate it in a safe, prudent and reasonable manner, the Plaintiff suffered damages, specifically the cargo of ceramic tiles were destroyed.

WHEREFORE, Plaintiff demands judgment against the Defendant MCD for damages including but not limited to, property loss, loss of business opportunity and profit, together with interest, costs and a reasonable attorney's fee as well as such other and further relief as this Court deems meet and just.

COUNT II

10. On or about September 3, 2002, the Defendant was contracted to transport and deliver a shipment of ceramic tiles to the Plaintiff in the State of Rhode Island.

11. Plaintiff performed all of the services that were contracted to be performed.

12. The Defendant breached said contract by failing to deliver the contracted shipment of ceramic tile to the Plaintiff.

13. Despite repeated demands by Plaintiff to Defendant for payment, the Defendant has neglected and refused to pay the same or any part thereof.

WHEREFORE, Plaintiff demands judgment against the Defendant MCD for damages including but not limited to, property loss, loss of business opportunity and profit, together with interest, costs and a reasonable attorney's fee as well as such other and further relief as this Court deems meet and just.

PLAINTIFF,
PALACE DESIGNS, LLC.,
By its attorney,

PETER J. POULOS #4517
1225 Cranston Street

Cranston, RI 02920
(401) 946-7022

WHEREFORE PLAINTIFF DEMANDS TRIAL BY JURY AND HEREBY DESIGNATED ATTORNEY PETER J. POULOS AS TRIAL COUNSEL.