FILED

2006 FEB 22 P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PALACE DESIGNS, LLC<br>Plaintiff | : | |
| vs. | : | C.A. NO. 05-376S |
| MCD TRANSPORTATION, INC<br>Defendant | : | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Now comes counsel for Plaintiff Palace Designs, LLC and hereby responds to the Order to Show Cause of the Court.

A copy of the summons and complaint were mailed by certified mail return receipt requested to Defendant MCD Transportation, Inc. and the registered agent for service of process of Defendant, Donna J. Wood at 1370 Hazelwood Drive, Suite 201, Smyrna, Tennessee 37167 on December 22, 2005. Said mailings were received by the Defendant and its's agent for service of process on December 27, 2005. (Please see attached Affidavits of counsel).

Also, a copy of the summons and complaint was served upon the Administrator of the Rhode Island Division of Motor Vehicles December 22, 2005 under Rhode Island General Laws Section 31-7-7.

In January of 2006, Plaintiff's counsel received a telephone call from Donna J. Wood of Defendant MCD Transportation, Inc. acknowledging the pending lawsuit, but denying liability. Plaintiff's counsel has been investigating the Defendant's claim denying liability.

PLAINTIFF,
PALACE DESIGNS, LLC.

By its attorney,

PETER J. POULOS #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022

Response-Palace Designs-02205