Poulos SUMMONS FD S+5 FEE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PALACE DESIGNS, INC.

V.

MCD TRANSPORTATION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

[redacted] 05 376S

TO: (Name and address of Defendant)

MCD TRANSPORTAION, INC.
1370 HAZELWOOD DRIVE, SUITE 201
SMYRNA, TN 37167

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PETER J. POULOS #4517
1225 CRANSTON STREET
CRANSTON, RI 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Fran C. McCabe

(By) DEPUTY CLERK

DATE 8/31/05

4

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/22/05 |
| NAME OF SERVER (PRINT) MICHAEL DEFALCO | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Registry of Motor Vehicles Accepted by Lisa Antonaccio

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 + 5 FEE | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/22/05 (Date) — Michael DeFalco (Signature of Server)

35 Waveland St. Johnston, RI 02919
Address of Server

x Lisa Antonaccio
LISA ANTONACCIO

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PALACE DESIGNS, LLC<br>Plaintiff | : | |
| vs. | : | C.A. NO. 05-376S |
| MCD TRANSPORTATION, INC<br>Defendant | : | |

**AFFIDAVIT**

I, Peter J. Poulos, Esq., under oath depose and say as follows:

7. That on December 22, 2005 I cause to be mailed by certified mail, return receipt requested and by regular first class mail a copy of the summons and complaint concerning the above-captioned case to Defendant MCD Transportation, Inc.
8.
9. That the summons and complaint were mailed to Defendant MCD Transportation, Inc. at 1370 Hazelwood Drive, Suite 201, Smyrna, Tennessee 37167.

10. That the Article Number listed on the U.S. Postal Service, Domestic Return Receipt for the summons and complaint mailed to Defendant MCD Transportation, Inc. is 7099 3400 0010 1938 0978.

11. That the certified mail signified by Domestic Return Receipt Number 7099 3400 0010 1938 0978, was received and signed by Robin Brown on December 27, 2005 and returned by the U.S. Postal Service to my office.

12. That Domestic Return Receipt Number 7099 3400 0010 1938 0978 is attached to this Affidavit and is true and accurate.

Peter J. Poulos
Peter J. Poulos

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me this 22nd day of February, 2006.

Paul B. McCarthy
My commission Expires. 4/9/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PALACE DESIGNS, LLC<br>Plaintiff | : | |
| vs. | : | C.A. NO. 05-376S |
| MCD TRANSPORTATION, INC<br>Defendant | : | |

## AFFIDAVIT

I, Peter J. Poulos, Esq., under oath depose and say as follows:

1. That on December 22, 2005 I cause to be mailed by certified mail, return receipt requested and by regular first class mail a copy of the summons and complaint concerning the above-captioned case to the Agent for Service of Process for Defendant MCD Transportation, Inc., Donna J. Wood.
2. 
3. That the summons and complaint were mailed to the Agent for Defendant MCD Transportation, Inc. at 1370 Hazelwood Drive, Suite 201, Smyrna, Tennessee 37167.
4. That the Article Number listed on the U.S. Postal Service, Domestic Return Receipt for the summons and complaint mailed to Defendant MCD Transportation, Inc. is 7099 3400 0010 1938 0985.
5. That the certified mail signified by Domestic Return Receipt Number 7099 3400 0010 1938 0985, was received and signed by Robin Brown on December 27, 2005 and returned by the U.S. Postal Service to my office.
6. That Domestic Return Receipt Number 7099 3400 0010 1938 0985 is attached to this Affidavit and is true and accurate.

[signature]
Peter J. Poulos

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me this 22nd day of February, 2006.

Paul B. McCarthy
My commission expires: 4/19/06

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MCD Transportation, Inc.
1370 Hazelwood Drive
Suite 201
Smyrna, TN 37167

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Robin Brown ☐ Agent ☑ Addressee

B. Received by (Printed Name) Robin Brown C. Date of Delivery 12/27/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7099 3400 0010 1938 0978

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donna J. Wood
Registered Agent
MCD Transportation, Inc.
1370 Hazelwood Drive
Suite 201
Smyrna, TN 37167-3961

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Robin Brown ☐ Agent ☐ Addressee

B. Received by (Printed Name) Robin Brown C. Date of Delivery 12/27/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7099 3400 0010 1938 0985

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15

UNITED STATES POSTAL SERVICE NASHVILLE TN 372

27 DEC 2005 PM 3 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICES OF PASQUALE A. SCAVITTI
1225 CRANSTON STREET
CRANSTON, RI 02920

MCD TRANSPORTATION

7315 C026

UNITED STATES POSTAL SERVICE NASHVILLE TN 372

27 DEC 2005 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICES OF PASQUALE A. SCAVITTI
1225 CRANSTON ST.
CRANSTON, RI 02920

MCD TRANSPORTATION

315 C026