UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 2 8 2006

PALACE DESIGNS, LLC :
Plaintiff :
:
vs. : C.A. NO. 05-376S
:
MCD TRANSPORTATION, INC :
Defendant :

APPLICATION TO CLERK FOR ENTRY OF JUDGEMENT BY DEFAULT

The Plaintiff in the above-entitled action hereby makes application to the Court for entry of Judgment by Default in favor of the Plaintiff and against the Defendant, MCD TRANSPORTATION, INC pursuant to Rule 55(b) of the Rules of Civil Procedure for the reasons set forth in the Affidavit accompanying this application.

PLAINTIFF,
PALACE DESIGNS, LLC,
By its attorney

Peter J. Poulos #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022