UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PALACE DESIGNS, LLC<br>Plaintiff | : | |
| | : | |
| vs. | : | C.A. NO. 05-376S |
| | : | |
| MCD TRANSPORTATION, INC<br>Defendant | : | |

AFFADAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

The undersigned, being first sworn, does state as follows:

1. That he is the attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this affidavit.

2. That examination of the court flues and records in this action shows that the Defendant MCD Transportation, Inc. was duly served with a copy of the summons together with a copy of Plaintiffs complaint.

3. That more than 20 days (21 days if service was made by certified mail) have elapsed since service of the Summons and Compliant upon said Defendant.

4. That the said Defendant has failed to plead or otherwise defend as to Plaintiffs Complaint.

5. That this affidavit is executed by the affiant herein in accordance with Rule 55 (a) of the Federal Rules Civil Procedure for the purpose of enabling the Plaintiff to obtain an entry of default of the said Defendant for said Defendant's failure to plead or otherwise defend as to Plaintiff's complaint.

PLAINTIFF,
PALACE DESIGNS, LLC,
By its attorney

Peter J. Poulos #4517

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me on April 28, 2006.

Notary Public
My Commission Expires: 4/9/10