UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PALACE DESIGNS, LLC :
Plaintiff :
:
vs. : C.A. NO. 05-376S
:
MCD TRANSPORTATION, INC :
Defendant :

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT AS TO DEFENDANT

The Plaintiff in the above-entitled action, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff and against Defendant MCD Transportation, Inc. for the failure of said Defendant to plead or otherwise defend this action.

The failure of said Defendant to plead or otherwise defend this action is set forth in the Affidavit accompanying this application.

PLAINTIFF,
PALACE DESIGNS, LLC,
By its attorney,

[signature]

Peter J. Poulos #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022

## ENTRY OF DEFAULT

It appearing that the Defendant MCD Transportation, Inc. has failed to plead or otherwise defend in the above captioned action as provided by the Rules of Civil Procedure,

DEFAULT IS HEREBY ENTERED for the Plaintiff and against the Defendant CARLA OLIVERIA this 28th day of April, 2006.

[signature]
CLERK
4/28/06