UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PALACE DESIGNS, LLC

vs. C.A. No. 05-376S

MCD Transportation, Inc.

**ORDER**

The default which was entered by the Clerk on April 28, 2006 (Document #8), is hereby vacated because the Application to Clerk for Entry of Default and Affidavit in support thereof (Document #6 and #7) lack the certification required by DRI LR Cv 55(a).

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 5/5/06