UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PALACE DESIGNS, LLC<br>Plaintiff | : | |
| vs. | : | C.A. NO. 05-376S |
| MCD TRANSPORTATION, INC<br>Defendant | : | |

RECEIVED
JUL 25 2006
Property of U.S. District Court
District of Rhode Island

STIPULATION

In the above entitled matter it is hereby agreed,

1. That Plaintiff Palace Design, LLC hereby dismisses this action without prejudice.

PLAINTIFF,
PALACE DESIGNS, LLC,
By its attorney,

Peter J. Poulos #4517
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022

**CERTIFICATION**

I hereby certify that a mailed a true copy of the within Stipulation by first class mail, postage prepaid to MCD Transportation, Inc., 1370 Hazelwood, Suite 201, Smyrna, TN 37167-3961 on this 24th day of July, 2006.

Stipulation-Palace Designs-072406

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/28/06